UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  CV 13-1578-JST (Ex)                                                          Date:  June 7, 2013
Title:  Bruce Dwain Copeland v. Bank of America Home Loan Servicing, et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

|  Terry Guerrero  | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

   Not Present                                                                     Not Present

**PROCEEDINGS:**   **(IN CHAMBERS)  ORDER (1) TO SHOW CAUSE RE. FAILURE TO OPPOSE MOTION TO DISMISS AND (2) CONTINUING HEARING ON PLAINTIFF'S MOTION TO SET ASIDE DISMISSAL**

Defendant Bank of America, N.A. ("Bank of America") filed a Motion to Dismiss Plaintiff's Complaint on May 20, 2013, noticing the hearing for June 21, 2013.  (Doc. 13-1)  In accordance with the Local Rules, Plaintiff's opposition to this Motion was due on May 31, 2013.  See C.D. Cal. R. 7-9 (requiring an opposition brief to be filed not later than twenty-one days before the hearing).  To date, however, Plaintiff has not filed any opposition.  Local Rule 7-12 holds that "failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."  C.D. Cal. R. 7-12; see *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) (per curiam) ("Failure to follow a district court's local rules is a proper ground for dismissal.").  Therefore, the Court ORDERS Plaintiff to submit a written response no later than **June 14, 2013**, explaining why Bank of America's Motion should not be granted as unopposed.

The Court also notes that Plaintiff has filed a Motion to Set Aside Dismissal, seeking to set aside the Court's grant of Defendant Raschand Merriman's motion to dismiss. (Doc. 19.)  Plaintiff had also failed to oppose that motion to dismiss.   The hearing on Plaintiff's Motion, currently scheduled for June 14, 2013, 2:30 p.m., is hereby CONTINUED to **June 21, 2013, 2:30 p.m.**  Plaintiff is directed to contact the Federal Pro Se clinic, which assists litigants who are not represented by counsel.  The clinic is

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  CV 13-1578-JST (Ex)                                      Date:  June 7, 2013
Title:  Bruce Dwain Copeland v. Bank of America Home Loan Servicing, et al.

located in the Ronald Reagan Federal Building and United States Courthouse, and can be reached at (714) 514-1010 (x222).




Initials of Preparer:  tg