1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| BRUCE DWAIN COPELAND, | Case No. CV 13-1578-JLS (Ex) |
|---|---|
| Plaintiff, | **JUDGMENT OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| BANK OF AMERICA SERVICING et al., | |
| Defendants. | |

16
17
18
19
20
21
22
23
24
25
26
27
28

On July 29, 2015, this Court issued an Order granting Defendants Bank of America, N.A. and Recontrust Company's Motion for Summary Judgment as to the entirety of Plaintiff Bruce Dwain Copeland's Third Amended Complaint.  (Doc. 164.)  This Order terminated this action.  (Id.)

Therefore, **IT IS HEREBY ORDERED** that this action be **DISMISSED** in its entirety **WITH PREJUDICE**.  A final **JUDGMENT OF DISMISSAL** is hereby entered against Plaintiff and in favor of Defendants.  Plaintiff shall take nothing by way of his claims against Defendants.  In light of the Court's termination of this action, all other matters and deadlines in this action are hereby **VACATED**.

**IT IS SO ORDERED.**

Dated:   July 31, 2015

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE